UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JEFFREY JOHNIKIN,

    Plaintiff,

  v.

C&D TECHNOLOGIES, INC., and
UNITED STEELWORKERS UNION LOCAL 322,

    Defendants.

Case No. 18-cv-00958-NJ

## STIPULATION FOR VOLUNTARY DISMISSAL AS TO DEFENDANT UNITED STEELWORKERS UNION LOCAL 322

It is hereby stipulated by and between the parties, Jeffrey Johnikin and United Steelworkers Union Local 322, through their respective counsel, that the above-entitled action against Union Local 322 should be dismissed with prejudice and without costs.

Dated this 7th day of December, 2019.

        CADE LAW GROUP LLC
        Attorneys for Jeffrey Johnikin

        By:  s/Nathaniel Cade, Jr.
             Nathaniel Cade, Jr., SBN, 1028115

P.O. ADDRESS:
P.O. Box 170887
Milwaukee, WI 53217
414.255.3802
414.255.3804 (fax)
nate@cade-law.com

1

Dated this 7th day of December, 2019.

    THE PREVIANT LAW FIRM
    Attorneys for UNITED STEELWORKERS
    UNION LOCAL 322

    By:  s/JILL M. HARTLEY
         Jill M. Hartley, SBN 1027926

P.O. ADDRESS:
310 West Wisconsin Avenue
Suite 100 MW
Milwaukee, WI 53203
(414) 223-0428
(414) 271-6308 (fax)
jh@previant.com