# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

JEFFREY JOHNIKIN,

     Plaintiff,

  v.

                                        **Case No. 18-CV-958**

UNITED STEELWORKERS UNION
LOCAL 322,

     Defendants.

---

## ORDER APPROVING STIPULATION OF DISMISSAL OF
## DEFENDANT UNITED STEELWORKERS UNION LOCAL 322

---

Pursuant to the stipulation of the parties dated December 7, 2019 (Docket # 45), **IT IS HEREBY ORDERED** that the above-entitled action as against United Steelworkers Union Local 322[1] is **DISMISSED WITH PREJUDICE** and without costs.

Dated at Milwaukee, Wisconsin, this 9th day of December, 2019.

BY THE COURT:

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge

---

[1] The case against defendant C&D Technologies, Inc. was dismissed pursuant to the stipulation of the parties on July 15, 2019. (Docket # 36.)